```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10555
  GERARDO MORFIN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-4205


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/13/07 .

     2.  The case was dismissed without confirmation, 10/26/2007.

-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
NEW CENTURY MORTGAGE     CURRENT MORTG         .00             .00            .00
NEW CENTURY MORTGAGE     MORTGAGE ARRE   NOT FILED             .00            .00
WESGLEN MASTER ASSOCIATI SECURED               .00             .00            .00
ILLINOIS DEPT REVENUE    PRIORITY        NOT FILED             .00            .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED             .00            .00
CBA COLLECTION BUREAU    UNSECURED       NOT FILED             .00            .00
CITIFINANCIAL            UNSECURED       NOT FILED             .00            .00
COLLECTION BUREAU OF ORL UNSECURED       NOT FILED             .00            .00
COMED                    UNSECURED       NOT FILED             .00            .00
HARRIS & HARRIS LTD      UNSECURED       NOT FILED             .00            .00
MB FINANCIAL BANK        UNSECURED       NOT FILED             .00            .00
MILLENIUM CREDIT CONSULT UNSECURED       NOT FILED             .00            .00
NCO FINANCIAL            UNSECURED       NOT FILED             .00            .00
NICOR GAS                UNSECURED       NOT FILED             .00            .00
ONLINE COLL              UNSECURED       NOT FILED             .00            .00
SBC AMERITECH            UNSECURED       NOT FILED             .00            .00
SEARS BKRUPTCY RCVRY MGM UNSECURED       NOT FILED             .00            .00
WILL COUNTY TREASURER    SECURED               .00             .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00           .00
PRINCIPAL PAID          .00        .00         .00         .00           .00
INTEREST PAID           .00        .00         .00         .00           .00
TOTAL PAID              .00        .00         .00         .00           .00
The Debtor's attorney, ROBERT V SCHALLER                , was allowed $   .00
and was paid $         .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 01/14/08                               /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE